IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

  -v-

ONE 1997 CHRYSLER TOWN AND
COUNTRY VAN VEHICLE IDENTIFICATION
NUMBER: 1C4GP64L5VB397430,

        Defendant.         05-CV-116S

## DEFAULT JUDGMENT AND ORDER OF FORFEITURE

**WHEREAS**, Kenchata Chicar Anderson was served with the Verified Complaint and Warrant and Summons for Articles In Rem filed in this action by regular and certified mail in this action on or about May 10, 2005; and

**WHEREAS**, on March 17, 2005, this Court entered an Order directing the plaintiff to give public notice of this action once a week for three consecutive weeks in the Buffalo Law Journal. Such publication was duly completed on May 10, 2005.

**WHEREAS**, the time for Kenchata Chicar Anderson and any of the other potential claimants to appear, file a Verified Claim and Answer, or otherwise move against the Complaint has expired; and

**WHEREAS**, without an appearance by Kenchata Chicar Anderson or any other person, accordingly, an Entry of Default was issued by

the Clerk of the Court on or about May 24, 2005, and, now pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, it is hereby

**ADJUDGED, ORDERED, and DECREED,** that Judgment by Default be entered against one 1997 Chrysler Town and Country Van, Vehicle Identification Number: 1C4GP64L5VB397430 and in favor of the United States of America; and it is further

**ADJUDGED, ORDERED, and DECREED,** the 1997 Chrysler Town and Country Van, Vehicle Identification Number: 1C4GP64L5VB397430 be forfeited to the United States of America pursuant to Title 21, United States Code, Section 881(a)(4) and said vehicle shall be disposed of according to law.

DATED: July 9, 2005

/s/William M. Skretny
HONORABLE WILLIAM M. SKRETNY
UNITED STATES DISTRICT JUDGE